Prob 12B
(7/93)

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2006 JUN 12  AM 9: 55

OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

for the

<u>District of Nebraska</u>

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

| | | |
|---|---|---|
| **Name of Offender:** | Christopher Blue | **Docket Number:** 4:02CR5 |

**Sentencing Judge:** The Honorable Warren K. Urbom
U.S. Senior District Judge

**Date of Original Sentence:** October 7, 2002

**Original Offense:** Ct. I: Bank Fraud
Ct.II: False Statement to a Bank

**Original Sentence:** 22 months BOP/60 months SR

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 4/23/04

---

## PETITIONING THE COURT

___   To extend the term of supervision for _____, for a total term of _____

 X    To modify the conditions of supervision as follows:

It is respectfully requested that the Court modify the schedule of payment condition on the court-ordered restitution for Christopher Blue. The current order requires that "25 percent of gross income be applied monthly toward the restitution during imprisonment and during supervised release."

It is recommended the Court modify the order to state:

"The defendant shall pay a minimum monthly payment of $200, toward his court-ordered restitution."

**CAUSE**

Mr. Blue recently completed a culinary program in Chicago, Illinois, and has been offered a chef position in the Ft. Meyers, Florida, area. The U.S. Probation Office in the Middle District of Florida has been contacted and has agreed to accept supervision of Mr. Blue. The Probation Office has indicated they will accept this case with a clear understanding that Mr. Blue will strictly adhere to his court order regarding restitution payments. In an effort to simplify this monitoring process, and to afford Mr. Blue a chance to pursue this opportunity with a clear understanding of his financial responsibility, the undersigned Probation Officer recommends the Court modify this condition as outlined above.

Respectfully submitted,

Jeff A. Anthens
U.S. Probation Officer

Reviewed by,

David E. Goering, Supervising
U.S. Probation Officer


THE COURT ORDERS

___   No Action

___   The Extension of Supervision as noted above

✓   The Modification of Conditions as noted above

___   Other

The Honorable Warren K. Urbom
U.S. Senior District Judge

June 12, 2006
Date

Prob 49
(Rev. 12/00)

# United States District Court

## District of Nebraska

### Waiver of Hearing to Modify Conditions of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Supervision. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification:

**"The defendant shall pay a minimum monthly payment of $200, toward his court-ordered restitution."**

Witness: _____   Signed: _____
U.S. Probation Officer                              Offender

Date: 6-7-06