IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CHRIS BLUE and )<br>TROY BURKEY, )<br>)<br>Defendants. ) | Case No. 4:02 CR5 |

ORDER APPROVING STIPULATION SATISFYING ORDER OF RESTITUTION
AS TO CORNHUSKER BANK

This matter came before the Court on the Stipulation of the parties. Based upon the Stipulation the Court finds that the Defendants and Cornhusker Bank have settled a dispute as to the amount of restitution remaining to be paid under the judgment and commitment entered in this proceeding. Cornhusker Bank has acknowledged in that settlement that it has been paid in full for any loss that it suffered in connection with this matter and has released and discharged the Defendants for any further liability. The parties request that the records of this case be modified to reflect that settlement. The Court finds that the Stipulation should be approved and the requested relief should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED, that the restitution judgment in favor of Cornhusker Bank is hereby satisfied and the Clerk shall make such entries upon the records of this case to show that portion of the judgment is satisfied.

Dated this 7th day of January, 2013

BY THE COURT

_____
U.S. District Court Judge

Prepared and submitted by:

Robert B. Creager
Attorney for Defendants

Approved as to Form and Content

s/Laurie M. Barrett
Laurie M. Barrett

Attorney for the Plaintiff