IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:2-CR-5 |
| vs. | |
| | ORDER |
| CHRISTOPHER BLUE, | |
| Defendant. | |

This matter is before the Court on the above-captioned defendant's Motion to Satisfy Order of Restitution as to Security First Bank (filing 131). The defendant was ordered to pay restitution to Security First Bank in the amount of $55,944.55. Filing 99 at 5. The defendant's motion represents, and the documentation provided to the Court substantiates, that the defendant and Security First Bank have agreed to a satisfaction of judgment intended to fully discharge the defendant's liability to the bank. Filing 131-2.

The government has lodged no opposition to the defendant's motion. Accordingly,

IT IS ORDERED:

1. The defendant's Motion to Satisfy Order of Restitution as to Security First Bank (filing 131) is granted.

2. The restitution judgment in favor of Security First Bank is satisfied, and the Clerk of the Court shall make such entries upon the records of this case to show that portion of the judgment is satisfied.

Dated this 24th day of March, 2015.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge